UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| THE CHRISTIAN MINISTERIAL ALLIANCE, ARKANSAS COMMUNITY INSTITUTE, MARION HUMPHREY, OLLY NEAL, and RYAN DAVIS,<br><br>                  Plaintiffs,<br><br>  v.<br><br>STATE OF ARKANSAS; ASA HUTCHINSON, the GOVERNOR of the STATE OF ARKANSAS and CHAIRMAN of the ARKANSAS BOARD OF APPORTIONMENT, in his official capacity; JOHN THURSTON, the SECRETARY OF STATE of the STATE OF ARKANSAS and MEMBER of the ARKANSAS BOARD OF APPORTIONMENT, in his official capacity; LESLIE RUTLEDGE, the ATTORNEY GENERAL of the STATE OF ARKANSAS and MEMBER of the ARKANSAS BOARD OF APPORTIONMENT, in her official capacity; the ARKANSAS BOARD OF ELECTION COMMISSIONERS, and the ARKANSAS BOARD OF APPORTIONMENT,<br><br>                  Defendants. | Civil Case No. 4:19-cv-402-JM |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(d) of the United States District Courts for the Eastern and Western Districts of Arkansas, Natasha C. Merle requests that she be admitted pro hac vice for the purpose of representing plaintiffs in this action. In support of this application, Natasha C. Merle represents that:

1. She is Senior Counsel with the NAACP Legal Defense and Educational Fund, Inc., 40 Rector St., 5th Floor, New York, NY 10006, Tel: (212) 965-2200; Fax: (212) 226-7592, nmerle@naacpldf.org.

2. She was admitted to, *inter alia*, the bar of the State of New York in 2009 and is in good standing as a member of that bar.

3. Local counsel, who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, is:

>Arkie Byrd
>MAYS, BYRD & O'GUINN, PLLC
>212 Center Street
>Suite 700-A
>Little Rock, AR 72201
>(501) 372-6303
>abyrd@maysbyrdlaw.com

Dated: June 13, 2019

/s/ Arkie Byrd
Arkie Byrd, #80020
MAYS, BYRD & O'GUINN, PLLC
212 Center Street
Suite 700-A
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com

/s/ Natasha C. Merle
Natasha C. Merle
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC
40 Rector Street, 5th floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
nmerle@naacpldf.org

*Attorneys for Plaintiffs*