IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL ALLIANCE, et al.                                    PLAINTIFFS

v.                                         NO. 4:19-cv-402

STATE OF ARKANSAS, et al.                                                      DEFENDANTS

ORDER

Plaintiffs have filed a motion "for withdrawal of Plaintiff Olly Neal without prejudice as a party in this action." (Doc. No. 85). The motion is granted, and the complaint of Olly Neal is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of September, 2021.

_____
James M. Moody Jr.
United States District Judge