**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| THE CHRISTIAN MINISTERIAL ALLIANCE, et al., <br><br>                 Plaintiffs, <br><br>                 v. <br><br> ASA HUTCHINSON, et al., <br><br>                 Defendants. | Civil Case No. 4:19-cv-402-JM |

**PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT**
**REPORT AND TESTIMONY OF DR. PETER A. MORRISON**

Plaintiffs The Christian Ministerial Alliance, Arkansas Community Institute, Marion Humphrey, and Kymara Hill Seals (collectively, "Plaintiffs"), by and through their undersigned counsel and pursuant to Federal Rule of Evidence 702, Federal Rule of Civil Procedure 26, and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), hereby move this Court to exclude the report and testimony of Defendants' expert, Dr. Peter A. Morrison.

A supporting memorandum of points and authorities accompanies this motion.  As explained in that memorandum, Dr. Morrison's expert report and testimony are not supported by any sound or reliable methodology, and provide no expert opinion capable of assisting the trier of fact.  Although Dr. Morrison purports to assess and evaluate the opinions of Plaintiffs' experts from the perspective of an applied demographer, Dr. Morrison fundamentally fails to proffer any opinion at all as to Mr. William Cooper's findings, and merely asserts without any proper explanation or analysis that Dr. Baodong Liu's findings relied on incomplete data.  Throughout his deposition, Dr. Morrison himself acknowledges that significant portions of his report are

incomplete or otherwise beyond his purview as an expert.  Because no supplementation can repair these fundamental deficiencies, this Court should exclude Dr. Morrison's report and testimony in their entirety.

Dated:    New York, New York
          September 16, 2021

                                    Respectfully submitted,

                                    Natasha Merle_____
                                    Natasha Merle
                                    Kristen Johnson
                                    Victoria Wenger
                                    NAACP LEGAL DEFENSE &
                                    EDUCATION FUND, INC.
                                    40 Rector Street, Fifth Floor
                                    New York, NY 10006
                                    Telephone:  (212) 965-2200
                                    Fax:  (212) 226-7592
                                    nmerle@naacpldf.org
                                    kjohnson@naacpldf.org
                                    vwenger@naacpldf.org

                                    Arkie Byrd
                                    MAYS, BYRD & O'GUINN, PLLC
                                    212 Center Street, Suite 700
                                    Little Rock, AR 72201
                                    Telephone:  (501) 372-6303
                                    Fax:  (501) 399-9280
                                    abyrd@maysbyrdlaw.com

                                    Demian A. Ordway
                                    Neil R. Lieberman
                                    Eileen M. DeLucia
                                    HOLWELL SHUSTER & GOLDBERG LLP
                                    425 Lexington Ave.
                                    New York, New York 10017
                                    Telephone:  (646) 837-5151
                                    Fax:  (646) 837-5150
                                    dordway@hsgllp.com
                                    nlieberman@hsgllp.com
                                    edelucia@hsgllp.com

Philip Urofsky
Rachel Mossman
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Telephone:  (202) 508-8000
Fax:  (202) 508-8100
Philip.Urofsky@Shearman.com
Rachel.Mossman@Shearman.com