UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE CHRISTIAN MINISTERIAL ALLIANCE, ARKANSAS COMMUNITY INSTITUTE, MARION HUMPHREY, OLLY NEAL, and KYMARA HILL SEALS,<br><br>*Plaintiffs,*<br><br>v.<br><br>ASA HUTCHINSON, the GOVERNOR of the STATE OF ARKANSAS, in his official capacity; JOHN THURSTON, the SECRETARY OF STATE of the STATE OF ARKANSAS, in his official capacity; LESLIE RUTLEDGE, the ATTORNEY GENERAL of the STATE OF ARKANSAS, in her official capacity,<br><br>*Defendants.* | Civil Case No. 4:19-cv-402-JM |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5(d) of the United States District Courts for the Eastern and Western Districts of Arkansas, Andrew W. Chang requests that he be admitted *pro hac vice* for the purpose of representing plaintiff, The Christian Ministerial Alliance, in this action. In support of this application, Andrew W. Chang represents that:

1. He is associated with Holwell Shuster & Goldberg LLP, 425 Lexington Avenue, 14th Floor, New York, NY 10017; Tel: (646) 837-5151; Fax: (646) 837-5150; e-mail address: achang@hsgllp.com

2. He was admitted to the bar of the State of California in 2017 and is a member in good standing of that bar.

3. Local counsel, who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, is:

Arkie Byrd
MAYS, BYRD & ASSOCIATES, P.A.
212 Center Street
Suite 700-A
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com

Dated: November 23, 2021

                                       Arkie Byrd
                                       MAYS, BYRD & ASSOCIATES, P.A.
                                       212 Center Street
                                       Suite 700-A
                                       Little Rock, AR 72201
                                       (501) 372-6303
                                       abyrd@maysbyrdlaw.com


                                       <u>Andrew W. Chang                  </u>
                                       Andrew W. Chang
                                       HOLWELL SHUSTER &
                                       GOLDBERG LLP
                                       425 Lexington Avenue
                                       14th Floor
                                       New York, NY 10017
                                       Tel: (646) 837-5151
                                       Fax: (646) 837-5150
                                       achang@hsgllp.com

                                       *Attorneys for The Christian Ministerial*
                                       *Alliance*