# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**THE CHRISTIAN MINISTERIAL ALLIANCE,** *et al.*,　　　　　　　　　　　　**PLAINTIFFS,**

v.　　　　　　　　Case No. 4:19-cv-00402-JM

**ASA HUTCHINSON,**
the Governor of the State of Arkansas, *et al.*,　　　　　　　　　　　　**DEFENDANTS.**

## MOTION TO WITHDRAW AS COUNSEL

Senior Assistant Attorney General Jennifer L. Merritt respectfully requests permission to withdraw as counsel for the Defendants in this case. Ms. Merritt is leaving her employment with the Office of the Attorney General effective April 1, 2022, and will no longer be involved in this case. Defendants will continue to be represented by their remaining attorneys of record in this case.

WHEREFORE, Jennifer L. Merritt respectfully requests that the Court grant her motion to withdraw as counsel in this case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LESLIE RUTLEDGE
　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　By:　Jennifer L. Merritt (Bar No. 2002148)
　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　Arkansas Attorney General's Office
　　　　　　　　　　　　　　323 Center Street, Suite 200
　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　Phone:  (501) 682-1319
　　　　　　　　　　　　　　Fax:      (501) 682-2591
　　　　　　　　　　　　　　Email:  Jennifer.Merritt@ArkansasAG.gov

　　　　　　　　　　　*Attorneys for Defendants*

1