UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| THE CHRISTIAN MINISTERIAL ALLIANCE, ARKANSAS COMMUNITY INSTITUTE, MARION HUMPHREY, OLLY NEAL, and KYMARA HILL SEALS,<br><br>       Plaintiffs,<br><br>v.<br><br>ASA HUTCHINSON, the GOVERNOR of the STATE OF ARKANSAS, in his official capacity; JOHN THURSTON, the SECRETARY OF STATE of the STATE OF ARKANSAS, in his official capacity; LESLIE RUTLEDGE, the ATTORNEY GENERAL of the STATE OF ARKANSAS, in her official capacity,<br><br>       Defendants. | Civil Case No. 4:19-cv-402-JM |

**APPLICATION FOR ADMISSION *PRO HAC VICE***

  Pursuant to Local Rule 83.5(d) of the United States District Courts for the Eastern and Western Districts of Arkansas, R. Gary Spencer requests that he be admitted *pro hac vice* for the purpose of representing plaintiffs in this action. In support of this application, R. Gary Spencer represents that:

  1. He is a Senior Counsel with the NAACP Legal Defense and Educational Fund, Inc., 40 Rector St., 5th Floor, New York, NY 10006, Tel: (212) 965-2200; Fax: (212) 226-7592, gspencer@naacpldf.org.

  2. He was admitted to, *inter alia*, the bar of the State of Georgia in 1992, and the Northern District of Georgia in 1993 and is in good standing as a member.

1

3. Local counsel, who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, is:

>Arkie Byrd
>MAYS, BYRD & O'GUINN, PLLC
>212 Center StreetSuite 700-A
>Little Rock, AR 72201(501) 372-6303
>abyrd@maysbyrdlaw.com

Dated:  March 30, 2022         /s/ Arkie Byrd
Arkie Byrd, #80020
MAYS, BYRD & O'GUINN, PLLC
212 Center Street
Suite 700-A
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com

/s/ R. Gary Spencer
R. Gary Spencer
(GA Bar # 671905)
NAACP LEGAL DEFENSE &
   EDUCATIONAL FUND, INC
40 Rector Street, 5th floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
gspencer@naacpldf.org

*Attorneys for Plaintiffs*