IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL ALLIANCE, et al.                      PLAINTIFFS

v.                                    NO. 4:19-cv-402

STATE OF ARKANSAS, et al.                                        DEFENDANTS

## ORDER

Pending are Plaintiffs' motion for partial summary judgment (Doc. 88) and Defendants' motion for summary judgment (Doc. 91). On January 3, 2022, the Court announced in a phone conference that these motions were denied. This order memorializes that decision for the record, though the bench trial is underway. The Court finds that genuine issues of material fact prevented judgment from being entered for either party. "Vote dilution claims are 'peculiarly dependent upon the facts of each case,' requiring 'an intensely local appraisal of the design and impact of the contested electoral mechanisms.' *Cottier v. City of Martin*, 604 F.3d 553, 559 (8th Cir. 2010) (quoting *Gingles,* 478 U.S. at 79). Therefore, Plaintiffs' motion for partial summary judgment and Defendants' motion for summary judgment are denied.

IT IS SO ORDERED this 2nd day of May, 2022.

_____
James M. Moody Jr.
United States District Judge