IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTIAN MINISTERIAL ALLIANCE, ET AL.**  **PLAINTIFFS**

v.  **CASE NO. 4:19-CV-00402-JM**

**STATE OF ARKANSAS, ET AL.**  **DEFENDANTS**

### ORDER

The Court agrees to the proposed post-trial briefing schedule. Accordingly, the briefing will proceed as follows:

- **May 13:** Joint deadline to submit any post-trial stipulations
- **May 27:** Plaintiffs' opening brief
- **June 24:** Defendants' response brief
- **July 8:** Plaintiffs' reply
- **July 15:** Joint deadline to submit any updated post-trial Findings of Fact and Conclusions of Law

IT IS SO ORDERED this 6th day of May, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE