IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL ALLIANCE, *et al.*                  PLAINTIFFS

v.                  Case No. 4:19-CV-00402-JM

SARAH HUCKABEE SANDERS, in her official capacity as
Governor of the State of Arkansas, *et al.*                  DEFENDANTS

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered in favor of Defendants, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 25th this day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE