IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL ALLIANCE, *et al.*                                              PLAINTIFFS

v.                                            Case No. 4:19-CV-00402-JM

SARAH HUCKABEE SANDERS, in her official capacity as
Governor of the State of Arkansas, *et al.*                                                DEFENDANTS

ORDER

The Court is ordering this case stayed pending the final resolution of *Arkansas State Conf. NAACP v. Arkansas Bd. of Apportionment*, No. 22-1395, 2023 WL 8011300 (8th Cir. Nov. 20, 2023).

IT IS SO ORDERED this 21st day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE