IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THE CHRISTIAN MINISTERIAL ALLIANCE, et al.                    PLAINTIFFS

v.                              NO. 4:19-cv-402 JM

STATE OF ARKANSAS, et al.                                      DEFENDANTS

ORDER

The plaintiffs' motion for reconsideration (Doc. No. 195) is denied as moot in light of the decision by the Eighth Circuit Court of Appeals in *Arkansas State Conf. NAACP v. Arkansas Bd. of Apportionment*, 86 F.4th 1204 (8th Cir. 2023).

IT IS SO ORDERED this 14th day of August, 2024.

James M. Moody Jr.
United States District Judge